APPEAL No. 05-14-015-77CV , Trial Ct No. DF 13 06590

Dorothy Denmise Rand

Petitioner / Appellee

VS.

WAYNE Anthony Rand

Respondent / Appellant

And in the interest of LBR minor

FILED IN
Court of Appeals
JUN 25 2015
Lisa Matz
Clerk, 5th District

In the Fifth

Court of Appeals

DALLAS County, Texas

## Motion to Extend time to File Appellates Brief And make this motion Addendum to the Contents of motion to Extend time Filed on 3-24-15.

To THE Honorable Justices of the FIFTH Court of Appeals:

COMES NOW, WAYNE A Rand, Appellant, Pro Se, Pursuant The Texas Rules of Court And Files his Motion to Extend time. In Support he shows the Following:

### Introduction

my criminal case in Rockwall County has 34 orders of Designating Issues in Case # 2-09-336A which is very important to me and my Family. Since these issues Cannot Be Resolved its said By the State and Judge Nelms that my confinement is illegal.

I Love my Family and we have both been Put through to much. LBR minor Loves his DAD And this wrongful Conviction And Divorce has Cost us All including my other two children, Lanni and Leslie.

Its So important that a Fair and impartial hearing be held For the best outcome Possible For LBR minor And to date that has not happened.

### Supplemental Clerks Record by District Clerk Pitre

I've been waiting For the Supplemental Record but As of todays date I have not Recieved it. Since I have not Recieved Record From Ms Pitre As Ordered By the Court And For this Reason my Brief is not Complete or mailed. See Order entered MAY 5, 2015 in the 5th Court of Appeals.

2

Other Reason Extension of time is needed to File Brief

1. White Postcard not recieved til 6-13-15 stating I had 10 Days to File Brief or extension.

2. On 6·20·15 I was Assaulted By Wardens Employee. When I was Attacked without Cause, he caused these injuries; a deviated septum (Nose), sprained Right shoulder, Black eye, sprained Right Ankle, Futher damage to Stomach Area where I have two hernias. I was Knocked out By hitting my head on Concrete Floor. When I woke I was still being Kicked And Hit. I spent About 8 hours in the hospital at Huntsville memorial.

3. Huntsville unit Locked me up deeper in the Prison with no Religious Access or Legal Access to Courts. They Also have me with No movement in a 6×7 Confined space where its more than 90° Degrees in violation of my Civil Rights. Some of my Legal Papers Are missing. Their treating me As something Other than a victum while they sort out what happened.

4. Appellants Jury Demand was ignored (made multiple demands)

5. Appointed Attorney For minor was ignored (see Ad Litem motion)

6. Decree has injunction without Basis For Any Law And was made without Appellant at hearing.

7. As soon As I recieved the Supplemental Record I can Finish Brief in About a week.

APPeal No. 65-14-015-77 CV   Trial Ct No DF-1306590

## Conclusion and Prayer

1. WAYNE A RAND APPellant HAS not Recieved the Supplemental Record As ordered By the Court on May 5th, 2015. APPellant did not Recieve white Post card until 6·13·15 stating he had 10 days to File Brief or extension.

2. Without the Extension a Father/son Relationship will be destroyed which would be a Constitional Violation For LBR minor and his dad WAYNE RAND.

3. Without this extension WAYNE RAND and LBR minor have No access times For each other By Phone, mail or even in Person. The Decree even Fails to Say when LBR minor would Live with Joint managing Parent.

4. Also since Decree has an unlawful injuction it can cause APPellant to go Back to Jail if on Parole or to be held in Contempt For exercising his 1st Ammendment Rights to Free Speech. The injuction was made without Any Family violence at all and without APPellant being Able to Attend hearing And defend his self.

5. WAYNE RAND his daughters and his Son look forward to Living together AGAin. L.B.R. minor And Aami and Leslie Rand would Also testify to Same that they All want to Live with me AGAin.

6. Because this cause is Placing the Parental Rights of APPellant at Risk or giving no Right at All, The necessity For the extension For the APPeal to continue is Paramount.

Wherefore, Premises considered, WAYNE Rand, APPellant, Pro Se And his Son LBR minor Prays to God this Honorable Court will Grant this Extension to File Brief So that A Father Son Relationship may also Be continued. Amen.

Respectfully Submitted;

W A R

1689859 Trustee Huntsville Unit
815 12th St
Huntsville, Tx. 77348

4

Appeal No. 05 14 015 77CV     Trial Ct No. DF 1306590

**Sworn Declaration and Certificate of Service and Mailing**

WAYNE A RAND, Appellant being presently imprisoned in T.D.C.J., Huntsville Unit in Walker County, Texas under the Penalty of Purjury do hereby affirm that the facts set forth herein are true and correct. I also certify that on 6·22·15 that a copy of this motion to extend time was mailed thru the prison mailroom to the following:

Note: I only have one copy to mail, Brad Nace Attr for Petitioner and the 255th Clerk at Dallas County District Court will have to be notified by Lisa matz electronic filing.

Executed on this 21st day of June, 2015

Join me in spirit at 9PM in Prayer.

9PM

Wayne A Rand Trustee
Huntsville Unit

Fifth Court of Appeal Lisa Matz Clerk Dallas Texas

**Please Notify**

Brad Nace Attr for Appellee, 100 Crescent Ct Dallas Tx 75201

Gary FitzSimmons 255th District Clerk Dallas Texas

5

APPEAL NO. 05-14-015 77CV
TRIAL Ct No. DF-13 06590

Dorothy Denise Rand                    In the Fifth

VS.

WAYNE A. RAND and                      Court of Appeals
in the interest of LBR minor           Dallas County, Texas

## ORDER

Came to be heard, WAYNE A. RAND, Appellant, Pro Se,
   Motion to Extend time to File Appellant's Brief

This Motion is Reasonable and should be hereby
GRANTED.

It is Hereby ORDERED that this Motion to
Extend time For brief is Granted

                    Signed on this the _____
       DAY of _____, 2015

                    _____
                    Judge Presiding

Appeal No. 05-14-015-77CV          Trial Ct No DF 13-065-90

Lisa Matz - Clerk
Fifth Court of Appeals
George L Allen SR. Cts Bld.
600 Commerce St - 2ND Floor
Dallas, Texas 75202 - 4658

Re: Motion to Extend time
to File Appellates Brief.

Dear Ms Matz;

   Please Find enclosed Motion to Extend time to File
Appellates Brief. And make this Addendum to Extension Filed 3-24-15

   Also Please bring this matter to the Attention of your
Honorable Judges and this Court.

   Thank-You For Your time and Attention today.

                              Respectfully Submitted;

                              [signature]
                              Wayne Rand Trustee 1689859
                              Huntsville Unit
                              815 12th St.
                              Huntsville, Texas 77348

Please notify

Brad Nace Attr For

Appellee/Petitioner

And Gary Fitzsimmons 255th
Clerk District Court.

I was not able to make
copies.

Thank-you

Prayer meeting

God Bless

9 Pm
Join me in
Spirit in Prayer

1088859 Wayne Rans Trustee
Huntsville Unit
815 12th St
Huntsville, Tx, 77348

Ext. to File Brief
URgent Legal mail

7520246 5399

NORTH HOUSTON TX
23 JUN 2015 PM 6 L

Court of APPeals
Fifth District of Texas at Dallas
George L. Allen SR. Courts Building
600 Commerce St, Suite 200
Dallas, Texas 75202